O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WHITTIER EM,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No. CV 21-04188-CAS (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed, and the time to file objections has expired. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

Date: October 11, 2024

CHRISTINA A. SNYDER
United States District Judge