JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WHITTIER EM, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, <br><br> Respondent. | No. CV 21-04188-CAS (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: October 11, 2024

*Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge